UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61993-CIV-COHN

DYER R. SMITH,

Magistrate Judge White

    Plaintiff,

vs.

PAPITO LEE RIGBY,

    Defendant.
_____/

## ORDER DENYING MOTION WITHOUT PREJUDICE

THIS CAUSE is before the Court upon the Report and Recommendation [DE 6] of Magistrate Judge Patrick A. White and Plaintiff's Motion to have Access to the Law Library [DE 7]. It is not clear whether Plaintiff received a copy of the Report and Recommendation prior to his filing of his motion.

Plaintiff asks this Court for "complete access to the law library so I could be able to comply with any future Court Order" and to "forward me those documents." The Court therefore assumes that Plaintiff did not yet receive the Report and Recommendation, which was mailed on January 4, 2010. Upon review of the Report and Recommendation, the problems with Plaintiff's complaint are the lack of factual allegations that would be sufficient for alleging a civil rights complaint under federal law. See page 4 of Report. Therefore, additional library access is not necessary to respond to the Report. Lewis v. Casey, 518 U.S. 343, 351 (1996) (plaintiff must "demonstrate that the alleged shortcomings in the library or legal assistance program hindered his efforts to pursue a legal claim"); Wilson v. Blankenship, 163 F.3d 1284, 1290-91 (11th Cir. 1998) (citing Bass v. Singletary, 143 F.3d 1442, 1446 (11th Cir. 1998)) (a plaintiff must provide evidence of actual injury, "such as a denial or dismissal

of a direct appeal, habeas petition, or civil rights case that results from actions of prison officials").

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion to have Access to the Law Library [DE 7] is hereby **DENIED**, without prejudice;

2. Chambers staff shall include a copy of the Report with the copy of this Order sent to Plaintiff;

3. The deadline for Plaintiff's objections to the Report shall be extended from January 21, 2010 to January 27, 2010.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of January, 2010.

JAMES I. COHN
United States District Judge

copies to:

Dyer R. Smith
No. 500911752
Joseph V. Conte Facility
P.O. Box 407016
Fort Lauderdale, FL 33340

2